# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WALTON JR., JERRY W | § | Case No. 10-02440 |
| WALTON, LORI JETAUN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/07/2011 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                        Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WALTON JR., JERRY W § Case No. 10-02440
WALTON, LORI JETAUN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 3.05 |
| leaving a balance on hand of[1] | $ | 4,996.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Phillip D. Levey | $ 23.28 | $ 0.00 | $ 23.28 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,435.50 | $ 0.00 | $ 1,435.50 |
| Other: International Sureties, Ltd. | $ 3.05 | $ 3.05 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,708.78 |
| Remaining Balance | | $ | 2,288.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,606.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 6,834.41 | $ 0.00 | $ 196.45 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 10,258.79 | $ 0.00 | $ 294.88 |
| 000003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 929.02 | $ 0.00 | $ 26.70 |
| 000004 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 53,824.40 | $ 0.00 | $ 1,547.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ 561.63 | $ 0.00 | $ 16.14 |
| 000006 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ 6,735.10 | $ 0.00 | $ 193.59 |
| 000007 | American Infosource Lp As Agent for<br>Asset Acceptance Assignee/<br>Wfnnb<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ 462.73 | $ 0.00 | $ 13.30 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 2,288.17 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
　　　　　　　　　　　　　　　　　Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-02440-PSH
Jerry W Walton                                                      Chapter 7
Lori Jetaun Walton
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina               Page 1 of 2              Date Rcvd: Jun 09, 2011
                              Form ID: pdf006             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2011.

```
db/jdb     +Jerry W Walton, Jr.,    Lori Jetaun Walton,    400 Holbrook Circle,
             Chicago Heights, IL 60411-1194
aty        +Alfredo J Garcia,    Ledford & Wu,    200 South Michigan Avenue,    Suite 209,
             Chicago, IL 60604-2406
aty        +George Michael Vogl, IV,    Law Offices of Ledford & Wu,    200 S. Michigan Avenue, Suite 209,
             Chicago, IL 60604-2406
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14994342   +AT&T,   Bankruptcy Dept/Attn Linda Adams,    6021 S. Rio Grande Ave., 1st Floor,
             Orlando, FL 32809-4613
14994339   +AllState Indemnity Co.,    2 Wells Avenue,    Newton Center, MA 02459-3208
14994340   +American Express,   c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15598672    American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14994344   +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14994346  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
14994345   +Caf,   Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
14994347   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15466034    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14994348   +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
             Columbus, OH 43219-6009
14994349   +Christ Hospital,    PO Box 70508,    Chicago, IL 60673-0508
14994350   +Christ Medical Group,    701 Lee St.,    Des Plaines, IL 60016-4539
14994351   +Cit Fin Serv,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14994352   +Citibank,   Citicorp Credit Services, Inc.,    7920 NW 110th Street,    Kansas City, MO 64153-1270
14994353   +Collection Company Of,    700 Longwater Dr,    Norwell, MA 02061-1796
14994355   +EMP Cook County,    PO Box 182554,    Columbus, OH 43218-2554
14994356    ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
14994357   +Freedman Anselmo Lindberg and,    1807 W. Diehl Rd., Suite 333,    PO Box 3228,
             Naperville, IL 60566-3228
14994358   +Heidel Wynn Hazard Design,    410 S. Michigan Avenue,    Chicago, IL 60605-1308
14994359   +High Tech Medical Park,    0236 Momentum Place,    Chicago, IL 60689-0001
14994360   +Homewood Fire Department,    PO Box 438495,    Chicago, IL 60643-8495
14994361   +Ingalls Medical,    PO Box 5435,    Dept 0028,    Carol Stream, IL 60197-5435
14994362   +Kevin & Joe Construction,    9824 Austin Avenue,    Oak Lawn, IL 60453-3628
14994363   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14994364   +Markoff & Krasny,    29 N. Wacker,    5th Floor,    Chicago, IL 60606-2851
14994365   +Michael Fine,    Chase Bank USA,    131 South Dearborn St., Floor 5,    Chicago, IL 60603-5571
14994367   +Pierce & Associates,    1 N. Dearborn,    Suite 1300,    Chicago, IL 60602-4373
14994368   +Porters Construction,    5415 W. Thomas Street,    Chicago, IL 60651-2813
14994369   +Saxon Mortgage Sercive,    4708 Mercantile Dr. North,    jFortworth, TX 76137-3605
14994370   +St. James Health Center,    37653 Eagle Way,    Chicago, IL 60678-1376
14994372   +St. James Hospital,    1423 Chicago Rd.,    Chicago Hts., IL 60411-3400
14994371   +St. James Hospital,    2434 Interstate Plaza,    Hammond, IN 46324-2671
14994373   +Sullivan Urgent Aid Center,    PO Box 5990,    Dept. 20-6001,    Carol Stream, IL 60197-5990
14994374   +T-Mobile,    ATTN: Bankruptcy,    PO Box 53410,    Bellevue, WA 98015-3410
14994375   +To The Top Home Elevators,    557 N. Wolf Road,    Wheeling, IL 60090-3027
14994376   +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
14994377   +Victoria's Secret,    PO Box 182128,    Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15801363     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2011 23:13:26
              American Infosource Lp As Agent for,    Asset Acceptance Assignee/,    Wfnnb,   PO Box 248838,
              Oklahoma City, OK   73124-8838
15728693     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2011 23:13:26
              American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK   73124-8848
14994341    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 09 2011 22:42:06      Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
14994354    +E-mail/Text: clerical.department@yahoo.com Jun 09 2011 22:42:41      Credtrs Coll,
              755 Almar Pkwy,    Bourbonnais, IL 60914-2392
15799072     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2011 23:13:25
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14994366    +E-mail/Text: bnc@nordstrom.com Jun 09 2011 22:42:00      Nordstrom FSB,
              Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Jun 09, 2011
                              Form ID: pdf006            Total Noticed: 47

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14994343     ##+Aurora Loan Services,    601 Fifth Ave.,    Scottsbluff, NE 69361-3581
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2011**              **Signature:**   _Joseph Speetjens_