UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WALTON JR., JERRY W | § | Case No. 10-02440 |
| WALTON, LORI JETAUN | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 |  |  |  |  |  |
|  | Caf Attn: Bankruptcy Po Box 440609 Kennesaw, GA 30160 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| | Cit Fin Serv Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Heidel Wynn Hazard Design 410 S. Michigan Avenue Chicago, IL 60605 | | | | | |
| | Kevin & Joe Construction 9824 Austin Avenue Oak Lawn, IL 60453 | | | | | |
| | Markoff & Krasny 29 N. Wacker 5th Floor Chicago, IL 60606 | | | | | |
| | Pierce & Associates 1 N. Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Porters Construction 5415 W. Thomas Street Chicago, IL 60651 | | | | | |
| | Saxon Mortgage Sercive 4708 Mercantile Dr. North jFortworth, TX 76137 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | To The Top Home Elevators 557 N. Wolf Road Wheeling, IL 60090 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Dept/Attn Linda Adams 6021 S. Rio Grande Ave., 1st Floor Orlando, FL 32859 | | | | | |
| | AllState Indemnity Co. 2 Wells Avenue Newton Center, MA 02459 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Aurora Loan Services 601 Fifth Ave. Scottsbluff, NE 69361 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Christ Hospital PO Box 70508 Chicago, IL 60673 | | | | | |
| | Christ Medical Group 701 Lee St. Des Plaines, IL 60016 | | | | | |
| | Citibank Citicorp Credit Services, Inc. 7920 NW 110th Street Kansas City, MO 64153 | | | | | |
| | Collection Company Of 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Credtrs Coll 755 Almar Pkwy Bourbonnais, IL 60914 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMP Cook County PO Box 182554 Columbus, OH 43218 | | | | | |
| | ER Solutions PO Box 9004 Renton, WA 98057-9004 | | | | | |
| | Freedman Anselmo Lindberg and 1807 W. Diehl Rd., Suite 333 PO Box 3228 Naperville, IL 60566-7107 | | | | | |
| | High Tech Medical Park 0236 Momentum Place Chicago, IL 60689 | | | | | |
| | Homewood Fire Department PO Box 438495 Chicago, IL 60643 | | | | | |
| | Ingalls Medical PO Box 5435 Dept 0028 Carol Stream, IL 60197 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Michael Fine Chase Bank USA 131 South Dearborn St., Floor 5 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | | | | |
| | Pierce & Associates 1 N. Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Pierce & Associates 1 N. Dearborn Suite 1300 Chicago, IL 60602 | | | | | |
| | Saxon Mortgage Sercive 4708 Mercantile Dr. North jFortworth, TX 76137 | | | | | |
| | St. James Health Center 37653 Eagle Way Chicago, IL 60678 | | | | | |
| | St. James Hospital 1423 Chicago Rd. Chicago Hts., IL 60411 | | | | | |
| | St. James Hospital 2434 Interstate Plaza Hammond, IN 46324 | | | | | |
| | Sullivan Urgent Aid Center PO Box 5990 Dept. 20-6001 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | T-Mobile ATTN: Bankruptcy PO Box 53410 Bellevue, WA 98015 |  |  |  |  |  |
|  | Unifund Attention: Bankruptcy 10625 Techwood Circle Cincinnati, OH 45242 |  |  |  |  |  |
|  | Victoria's Secret PO Box 182128 Columbus, OH 43218 |  |  |  |  |  |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000004 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000001 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| Case No: | 10-02440 | PSH   Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | WALTON JR., JERRY W | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | WALTON, LORI JETAUN | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: 09/30/11 | | | | Claims Bar Date: | 07/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 400 Holbrook Circle, Chicago Heights, IL 60411 - D | 177,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. 4122 S. Lake Park Avenue, Chicago, IL 60653 - | 265,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. 1449 Congress Lane, Ford Heights, IL - single fami | 60,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. Cash on hand | 10.00 | 10.00 | DA | 0.00 | 0.00 |
| 5. Checking account at Chase Bank, acct #****9515 | 1,800.00 | 1,800.00 | DA | 0.00 | 0.00 |
| 6. Checking account at Chase Bank, acct #****6667 | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 7. Joint checking w/W's mother at Chase bank, acct #* | 1,300.00 | 1,300.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 8. Misc. Household Goods: Sofa, Loveseat, Entetertain | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 9. Family pictures, books, CDs, DVDs, artwork | 250.00 | 250.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 10. Ordinary wearing apparel | 600.00 | 600.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 11. Wedding rings, assorted costume jewelry | 1,500.00 | 1,500.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 12. Camera, camcorder, bicycles, firearms | 700.00 | 700.00 | DA | 0.00 | 0.00 |
| 13. Term life insurance w/Zurich Kemper | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 14. Term life insurance w/Zurich Kemper | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 15. Term life insurance w/current employer | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 16. Term life insurance w/Lincoln Benefit | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17. Traditional pension w/Cook County | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 18. W - 100% Shareholder of Walton & Associates - no s | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 19. Anticipated 2009 Federal & State Income Tax Refund | 0.00 | 0.00 | | 5,000.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.02b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 10-02440   PSH   Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WALTON JR., JERRY W | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | WALTON, LORI JETAUN | | 341(a) Meeting Date: | 03/01/10 |
| | | | Claims Bar Date: | 07/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Potential lawsuit against title company for purcha | 5,000.00 | 5,000.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 21. IL Certification as Real Estate Appraiser | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 22. 2002 Jaguar S-Type w/124,000 miles in fair conditi | 4,800.00 | 4,800.00 | DA | 0.00 | 0.00 |
| 23. 2000 Ford Expedition w/200,000 miles in fair condi | 2,475.00 | 2,475.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 24. Computer, printer, fax machine, desk | 1,000.00 | 1,000.00 | DA | 0.00 | 0.00 |
| 25. Firearms | 500.00 | 500.00 | DA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $524,435.00         $22,435.00         $5,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11         Current Projected Date of Final Report (TFR): 12/31/11

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 10-02440 -PSH |
| Case Name: | WALTON JR., JERRY W |
| | WALTON, LORI JETAUN |
| Taxpayer ID No: | *******2461 |
| For Period Ending: | 09/30/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5614 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/10 | 19 | Jerry & Lori Walton | Tax Refund | 1124-000 | 5,000.00 | | 5,000.00 |
| 03/08/11 | 000101 | International Sureties, Ltd.<br>701 Poydras Street - Suite 420<br>New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 3.05 | 4,996.95 |
| 07/08/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.00 | 3,746.95 |
| 07/08/11 | 000103 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 23.28 | 3,723.67 |
| 07/08/11 | 000104 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,435.50 | 2,288.17 |
| 07/08/11 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 2.87443% | 7100-900 | | 196.45 | 2,091.72 |
| 07/08/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 2.87441% | 7100-900 | | 294.88 | 1,796.84 |
| 07/08/11 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 2.87400% | 7100-900 | | 26.70 | 1,770.14 |
| 07/08/11 | 000108 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 2.87437%<br>(4-1) CREDIT CARD DEBT | 7100-900 | | 1,547.11 | 223.03 |
| 07/08/11 | 000109 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000005, Payment 2.87378% | 7100-000 | | 16.14 | 206.89 |
| 07/08/11 | 000110 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent | Claim 000006, Payment 2.87434% | 7100-900 | | 193.59 | 13.30 |

Page Subtotals   5,000.00   4,986.70

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 10-02440  -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | WALTON JR., JERRY W | Bank Name: | BANK OF AMERICA |
| | WALTON, LORI JETAUN | Account Number / CD #: | *******5614  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2461 | | |
| For Period Ending: | 09/30/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/11 | 000111 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>American Infosource Lp As Agent for<br>Asset Acceptance Assignee/<br>Wfnnb<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000007, Payment 2.87425% | 7100-000 | | 13.30 | 0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 5,000.00 | 5,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 0.00 | 0.00 | |
| | Subtotal | | | 5,000.00 | 5,000.00 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 5,000.00 | 5,000.00 | |

\* Reversed
t  Funds Transfer

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5614 | 5,000.00 | 5,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          13.30

Ver: 16.02b